UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MORALES, | No. 2:22-cv-2207 AC P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| DAVID BREWER, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. However, while petitioner has filed an application for leave to proceed in forma pauperis, it does not include the required certificate showing the amount of money that he has in his prisoner trust account. <u>See</u> Rule 3(a)(2) of the Rules Governing Section 2254 Cases.[1] Petitioner will be provided an opportunity to complete an application that includes the required certificate, which must be completed by an appropriate prison official.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis that includes the necessary certificate. Failure

---

[1] The Rules Governing Section 2254 Cases are appropriately applied to proceedings undertaken pursuant to 28 U.S.C. § 2241. Habeas Rule 1(b).

1

to comply with this order will result in a recommendation that this action be dismissed; and

    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: December 15, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE